# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01065-BNB

PAUL CHAYNE WILLIAMS,

    Applicant,

v.

MARK A. BROADDUS, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2008

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion for Order for Respondents to Complete Appendix . . . ," filed with the Court on July 11, 2008. In keeping with the Court's July 14, 2008, Minute Order, Respondents filed a Response to the Motion on July 15. Because Respondents have provided Applicant with Page Fourteen of the Appendix, and the Court finds no need at this time for Respondents to provide copies of the May 27, 2004, postconviction motion and the petition for rehearing to the Court or to Applicant, Applicant's request for these documents is DENIED. Respondents assert that the documents are not needed to support their arguments, and the Court finds Respondents, at this time, are not required to provide the documents simply for Applicant to present his arguments. Furthermore, Applicant appears to have sufficient recall of the claims presented in each of the above noted documents, as noted in the July 11, 2008, Motion, to present his arguments in his Reply. The Court may decide at a later time if the documents are necessary. As for Applicant's request for an enlargement of time to file a Reply, Applicant is granted an extension of fourteen days from the date of this Minute Order to file the Reply. If he fails to comply the Court will continue to review the merits of his Application and Respondents' Pre-Answer Response. No further extensions will be granted without just cause.

Dated: July 16, 2008

Copy of this Minute Order mailed on July 16, 2008, to the following:

Paul Chayne Williams
Prisoner No. 48147
Colorado Corr. Center
PO Box 4020
Golden, CO 80401

Melissa D. Allen
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

_____
Secretary/Deputy Clerk