IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01065-ZLW

PAUL CHAYNE WILLIAMS,

Applicant,

v.

MARK A. BROADDUS, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2008

GREGORY C. LANGHAM
CLERK

## ORDER

On September 19, 2008, Applicant Paul Chayne Williams, filed a *pro se* pleading titled "William's [sic] Motion to Amend Order Denying Motion for Recusal by Magistrate Judge Boyd N. Boland, Dated Sept. 8, 2008 and Make Additional Findings of Fact." In the Motion, Mr. Williams is objecting to Magistrate Judge Boyd N. Boland's September 8, 2008, Order denying his request that Magistrate Judge Boland disqualify himself from the instant action. For the reasons stated below, the Motion will be construed as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and will be overruled.

Pursuant to § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's September 8, 2008, Order is

not clearly erroneous or contrary to law. Magistrate Judge Boland, found Mr. Williams' claims did not satisfy the objective standard for disqualification required pursuant 28 U.S.C. § 455(a). He further found that Mr. Williams claims were vague and conclusory. The Court finds that the only claims asserted by Mr. Williams against Magistrate Judge Boland, in the Motion for Change of Magistrate Judge, is that Magistrate Judge Boland has created an "Appearance of Bias" and of "impropriety." These claims, as Magistrate Judge Boland found, are conclusory and vague. As stated above, the Objection will be overruled. Accordingly, it is

ORDERED that Plaintiff's "Motion to Amend Order Denying Motion for Recusal by Magistrate Judge Boyd N. Boland . . ." is construed as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled.

DATED at Denver, Colorado, this 26 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01065-ZLW

Paul C. Williams
Prisoner No. 48147
Colorado Correctional Center
PO Box 4020
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/29/08

GREGORY C. LANGHAM, CLERK

By: /s/ Megan
      Deputy Clerk