IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-001065-ZLW

PAUL CHAYNE WILLIAMS,

    Applicant,

v.

MARK A. BROADDUS, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT   0 2008

GREGORY C. LANGHAM
             CLERK

## ORDER DENYING IN PART AND GRANTING IN PART MOTIONS FOR RECONSIDERATION

The matters are before the Court on Applicant Paul Chayne Williams' three *pro se* Motions filed pursuant to Fed. R. Civ. P. 59(e) either on October 7 or 14, 2008. The Court must construe the Motions liberally because Mr. Williams is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

As for the October 7, 2008, Motion seeking reconsideration of the Court's September 22, 2008, Order, which denied Applicant's request for a change of judges, the Court has reviewed the September 22, 2008, Order and the August 18, 2008, Motion for Change of Judges that Mr. Williams filed and finds no basis for vacating the September 22, 2008, Order. The October 7, 2008, Motion seeking reconsideration of the September 22, 2008, Order, therefore, will be denied.

The Court also will deny Applicant's October 14, 2008, Motion seeking reconsideration of the Court's September 29, 2008, Order that construed Applicant's

September 19, 2008, Motion as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and overruled the objection. The Court has reviewed the September 29, 2008, Order and the September 19, 2008, Motion and finds no basis for reconsideration.

With respect to Mr. Williams' October 7, 2008, Motion seeking reconsideration of the September 22, 2008, Order of Dismissal, the Court will grant the Motion to the extent that the Court will enter an Amended Order of Dismissal and an Amended Judgment. The October 7, 2008, Motion seeking reconsideration of the September 22, 2008, Order of Dismissal, otherwise is denied. Accordingly, it is

ORDERED that Applicant's Motion to Amend Order Denying Motion for Recusal Under Rule 59 Fed. R. Civ. P., (Doc. No. 27), is denied. It is

FURTHER ORDERED that Applicant's Motion to Alter/Amend Order Filed September 29, 2008, Rule 59 Fed. R. Civ. P., (Doc. No. 28), is denied. It is

FURTHER ORDERED that Applicant's Motion to Amend Order of Dismissal Entered September 22, 2008, Pursuant to Fed. R. Civ. P. 59, (Doc. No. 26), is granted to the extent that the Court will enter an Amended Order of Dismissal and an Amended Judgment but otherwise denied.

DATED at Denver, Colorado, this 28 day of Oct. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01065-ZLW

Paul C. Williams
Prisoner No. 48147
Colorado Correctional Center
PO Box 4020
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/30/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk