IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01065-ZLW

PAUL CHAYNE WILLIAMS,

            Petitioner,

v.

MARK A. BROADDUS, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

            Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

        This Court, in the above entitled proceedings, has rendered an Order denying

petitioner's Application for a Writ of Habeas Corpus Pursuant to 29 U.S.C. § 2254 and

dismissing the case.  The Court has reviewed the record which conclusively shows that

petitioner is entitled to no relief.  The reasons stated in the Amended Order Of Dismissal

filed October 30, 2008, are incorporated herein by reference as though fully set forth.

Accordingly, the Court finds that a certificate of appealability should not issue because

petitioner has not made a substantial showing of the denial of a constitutional right.  It is,

therefore,

ORDERED that no certificate of appealability will issue.

DATED at Denver, Colorado this 19th day of November, 2008.


                          BY THE COURT:

                          _____
                          ZITA L. WEINSHIENK, Senior Judge
                          United States District Court